IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEENA HEISLER, Individually; <br><br> Plaintiff, <br><br> vs. <br><br> DANNY'S BAR AND GRILL, DANIEL J. ARCURI, and JOHN DOE 1 AND 2 INCLUSIVE, <br><br> Defendants. | 8:16CV459 <br><br> ORDER |

This matter is before the Court on the unopposed Motion for Leave to Amend the Complaint, ECF No. 27, filed by Plaintiff Deena Heisler pursuant to Federal Rule of Civil Procedure 15(a)(2). Plaintiff's Motion will be granted. Accordingly,

IT IS ORDERED:

1. Plaintiff's unopposed Motion, ECF No. 27, for Leave to Amend the First Amended Complaint, filed October 10, 2016, ECF No. 4, is granted.

2. Plaintiff shall file the proposed Second Amended Complaint on or before February 15, 2017.

3. Upon filing the Second Amended Complaint the Clerk shall amend the Summons, ECF No. 19, and case caption to include "J & C, Inc." as a named party d/b/a "Danny's Bar and Grill."

4. Defendants' Motion to Dismiss, ECF No. 22, is denied as moot without prejudice and subject to refiling at an appropriate time.

Dated this 14th day of February, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge