# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEENA HEISLER, Individually; <br><br> Plaintiff, <br><br> vs. <br><br> J & C, INC., DANIEL J. ARCURI, and JOHN DOE 1 AND 2 INCLUSIVE, <br><br> Defendants. | 8:16CV459 <br><br> ORDER TO SHOW CAUSE |

The above-captioned suit was filed on October 7, 2016. An Amended Complaint was filed on October 10, 2017. A Second Amended Complaint was filed on February 16, 2017. On February 28, 2017 the parties were directed to file a Rule 26(f) Report no later than March 30, 2017. (Filing No. 32.) To date, the Court has not received said Report.

Accordingly,

**IT IS ORDERED** that by or before April 14, 2017, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution and failure to comply with this Court's order. (Filing No. 32.) Failure to comply with this Order will result in a recommendation to United States District Court Judge Laurie Smith Camp that this action be dismissed.

Dated this 31st day of March, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge